Jacob B. Rothstein and F. D. Dotson, Trading as Business Credit Company, Appellee, v. Legion Ice Cream Company, Appellant.

Gen. No. 45,472.

L. A. Wescott, for appellant; Werner H. Sommers, of counsel; no brief filed for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed December 18, 1951; released for publication January 22, 1952.